UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JF, a minor by his parent DENISE FORTIN )<br>)<br>PLAINTIFF )<br>)<br>v. )<br>)<br>FRANK A. GLEASON, III )<br>)<br>DEFENDANT ) | **CIVIL ACTION**<br>**DOCKET NO. 1:08-cv-00108-JAW** |

**EX PARTE ORDER APPROVING ATTACHMENT AND/OR TRUSTEE PROCESS**

Upon written motion and upon testimony by affidavit the Court finds:

There is a clear danger that Defendant will withdraw goods and credits from the hands and possession of the trustee and will conceal or remove them, and other property to be attached, from the State if notified in advance of the attachment; and

It is more likely than not that in this action Plaintiff will recover judgment, including costs and interest, in an amount not less than $100,000.00.  IT IS ORDERED that attachment and trustee process may be made against Defendant's property in the amount of $100,000.00, provided however, that the first $100.00 of demand bank accounts held by any one trustee shall be exempt from Trustee Process issued pursuant to this Ex Parte Order.

*So Ordered.*
April 4, 2008          /s/ Margaret J. Kravchuk
                       U.S. Magistrate Judge